# Court of Appeals
# of the State of Georgia

ATLANTA,__June 01, 2017_____

*The Court of Appeals hereby passes the following order:*

### A17A1521.   NWICHE D. WILLIAMS v. BRENTWOOD COMMUNITY ASSOCIATION, INC.

Nwiche D. Williams filed this direct appeal from the summary judgment entered against her and in favor of Brentwood Community Association, Inc.   Williams has failed, however, to perfect jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the judgment sought to be appealed.   See OCGA § 5-6-38 (a).   Here, the judgment was entered on December 12, 2016.   A nunc pro tunc entry was made on January 25, 2017, correcting the amount of the judgment.   Williams filed a notice of appeal on February 22, 2017.

A nunc pro tunc entry does not extend the statutory period for filing a notice of appeal.   The timely filing of a notice of appeal is essential to confer jurisdiction upon the appellate court.   Because of appellant's failure in the present case to file a notice of appeal within thirty days of the entry of the [summary] judgment or to make an application for an extension of time for filing such notice, the appeal is [DISMISSED].

*Bowen v. Clayton County Hosp. Auth.*, 160 Ga. App. 809 (288 SE2d 232) (1982) (dismissing direct appeal as untimely, because a nunc pro tunc entry correcting amount of the judgment does not extend statutory period for filing a notice of appeal).   See generally *Norman v. Ault*, 287 Ga. 324, 331 (6) (695 SE2d 633) (2010) (explaining that a nunc pro tunc entry is properly used for the purpose of "recording that which had been decreed but not recorded or correctly recording that which had been decreed but

misrecorded") (citations and punctuation omitted).  Cf. *In the Interest of H. L. W.*, 244 Ga. App. 498, 499-500 (535 SE2d 834) (2000).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__06/01/2017_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*